**Order entered December 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01406-CV

### IN RE CRITTER CONTROL, INC. AND KEVIN CLARK, Relators

**Original Proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05281**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/  LANA MYERS
    JUSTICE